# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 15-2197   PRISON LEGAL NEWS v. KEN STOLLE, etc, et al. |
| **Originating No. & Caption** | 2:13cv000424 |
| **Originating Court/Agency** | US DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA |

| **Jurisdiction** (answer any that apply) | |
|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. Sec. 1291 |
| Time allowed for filing in Court of Appeals | |
| Date of entry of order or judgment appealed | September 8, 2015 |
| Date notice of appeal or petition for review filed | October 5, 2015 |
| If cross appeal, date first appeal filed | |
| Date of filing any post-judgment motion | |
| Date order entered disposing of any post-judgment motion | |
| Date of filing any motion to extend appeal period | |
| Time for filing appeal extended to | |
| Is appeal from final judgment or order? | ⦿ Yes    ○ No |
| If appeal is not from final judgment, why is order appealable? | |

**Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-521-4022.)

| Is settlement being discussed? | ○ Yes | ⦿ No |
|---|---|---|

01/27/2015
SCC

| Transcript (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◯ Yes | ◉ No |
| Has transcript been filed in district court? | ◯ Yes | ◉ No |
| Is transcript order attached? | ◯ Yes | ◉ No |

| Case Handling Requirements (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ◯ Yes | ◉ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ◉ Yes | ◯ No |
| Does case involve question of first impression? | ◯ Yes | ◉ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ◯ Yes | ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| Nature of Case (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiff is the publisher of a monthly journal, Prison Legal News, which was censored by various staff at the Virginia Beach Correctional Center. After two injunctions were issued by the District Court, the case settled, which settlement was incorporated in a court order, the Plaintiff applied for attorneys fees pursuant to 42 U.S.C. 1988. By Opinion and Order, the ditrcit court reduced the fees requested in small part and then imposed a 45% reduction for what it held was limited success in the litigation. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. Did the District Court abuse its discretion when it ordered a 45% reduction in Plaintiff's fees even though Plaintiff obtained two injunctions and a court ordered settlement allowing its publication into the Correctional Center?

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: KEN STOLLE | Adverse Party: G. HAVENS |
|---|---|
| Attorney: Jeff W. Rosen<br>Address: Pender & Coward<br>222 Central Park Avenue<br>Virginia Beach, VA 23462 | Attorney: Jeff W. Rosen<br>Address: Pender & Coward<br>222 Central Park Avenue<br>Virginia Beach, VA 23462 |
| E-mail: jrosen@pendercoward.com | E-mail: jrosen@pendercoward.com |
| Phone: 757-490-6253 | Phone: 757-490-6253 |

**Adverse Parties (continued)**

| Adverse Party: V. OGEN | Adverse Party: A. TORNO |
|---|---|
| Attorney: SAME AS ABOVE<br>Address: | Attorney: SAME AS ABOVE<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

No. 15-2197    PRISON LEGAL NEWS v. KEN STOLLE, etc., et al.

**Adverse Parties**

Adverse Party: V. HARRIS

Attorney: Jeff W. Rosen
      Pender & Coward
      222 Central Park Avenue
      Virginia Beach, VA 223462

E-mail: jrosen@pendercoward.com

Phone: 757-490-6253

---

Adverse Party: M. BRITTINGHAM

Attorney: Jeff W. Rosen
      Pender & Coward
      222 Central Park Avenue
      Virginia Beach, VA 223462

E-mail: jrosen@pendercoward.com

Phone: 757-490-6253

---

Adverse Party: MATTHEW WILSON

Attorney: Jeff W. Rosen
      Pender & Coward
      222 Central Park Avenue
      Virginia Beach, VA 223462

E-mail: jrosen@pendercoward.com

Phone: 757-490-6253

---

Adverse Party: E. RODRIGUEZ

Attorney: Jeff W. Rosen
      Pender & Coward
      222 Central Park Avenue
      Virginia Beach, VA 223462

E-mail: jrosen@pendercoward.com

Phone: 757-490-6253

---

Adverse Party: DARLENE MOORE

Attorney: Jeff W. Rosen
      Pender & Coward
      222 Central Park Avenue
      Virginia Beach, VA 223462

E-mail: jrosen@pendercoward.com

Phone: 757-490-6253

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name: PRISON LEGAL NEWS<br><br>Attorney: Jeffrey E. Fogel<br>Address: 913 E. Jefferson Street<br>Charlottesville, VA 22902<br><br><br>E-mail: jeff.fogel@gmail.com<br><br>Phone: 434-984-0300 | Name: PRISON LEGAL NEWS<br><br>Attorney: Steven D. Rosenfield<br>Address: 913 E. Jefferson Street<br>Charlottesville, VA 22902<br><br><br>E-mail: attyrosen@aol.com<br><br>Phone: 434-984-0300 |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br>E-mail:<br><br>Phone: |

**Signature:** s/Jeffrey E. Fogel    **Date:** October 9, 2015

**Counsel for:** Appellant, PRISON LEGAL NEWS

**Certificate of Service:** I certify that on __October 9, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

Jeff W. Rosen
Pender & Coward
222 Central Park Avenue
Virginia Beach, VA 23462

Signature: s/Jeffrey E. Fogel    Date: October 9, 2015