FILED: January 4, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2197
(2:13-cv-00424-MSD-TEM)
_____

PRISON LEGAL NEWS, a project of the Human Rights Defense Center

    Plaintiff - Appellant

v.

KEN STOLLE, Sheriff for Virginia Beach, Virginia sued in his official and individual capacity; G. HAVENS; V. OGDEN; A. TORNO; V. HARRIS; M. BRITTINGHAM; MATTHEW WILSON; E. RODRIGUEZ; DARLENE MOORE

    Defendants - Appellees

and

JOHN DOES 1-10

    Defendant

_____

O R D E R
_____

The court grants the motion to file electronic version of the appendix out of time.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk